IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ARROYO BROWN,

        Petitioner,

v.                                    Case No. 5D16-2548

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed August 12, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

James Dickon Crock, Daytona Beach, for Petitioner

No appearance for Respondent.

PER CURIAM.

      Arroyo Brown's petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying Brown's motion for post-conviction relief rendered May 19, 2016, in Case No. 2007-CF-1630-A-O, in the Circuit Court for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

SAWAYA, PALMER, EVANDER, JJ., concur.